Guy Andrew **MOSIER**, Appellant,

v.

**STATE of Missouri**, Respondent.

No. WD 72719.

Missouri Court of Appeals,
Western District.

Nov. 8, 2011.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Dora A. Fichter, Jefferson City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Guy Mosier appeals the denial of his Rule 24.035 motion for post-conviction relief, following an evidentiary hearing, by the Circuit Court of Buchanan County.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.

**STATE of Missouri**, Respondent,

v.

Senequa Nichelle **FULTON**, Appellant.

No. WD 72722.

Missouri Court of Appeals,
Western District.

Nov. 8, 2011.

Matthew Ward, Columbia, MO, for appellant.

Shaun J. Mackelprang, Robert (Jeff) Bartholomew, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES E. WELSH and MARK D. PFEIFFER, Judges.

### ORDER

PER CURIAM.

Senequa Fulton challenges the sufficiency of the evidence to support her conviction on one count of forgery. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the conviction.

AFFIRMED. Rule 30.25(b).